No. 11–6147.  DADE v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO.  C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Mar-*

*tin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.